AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  5:15-979-JMC |
| Mary Goodson | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, United States of America recover of the defendant, Mary Goodson the amount of Seventeen Thousand, Eighty-Two and 49/100 ($ 17,082.49) Dollars, plus costs of Sixty-Five and 63/100 ($65.63) Dollars for a sum of Seventeen Thousand, One Hundred Forty-Eight and 12/100 ($17,148.12) Dollars. Post judgment interest shall run at a rate of 0.26%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The clerk having entered default of the defendant on June 2, 2015.

Date:   June 3, 2015                                   *CLERK OF COURT*

                                                                    s/Angie Snipes
                                                   _____
                                                   *Signature of Clerk or Deputy* Clerk